JS-6
(Admin-Stay)

KATHERINE M. FORSTER (State Bar No. 217609)
katherine.forster@mto.com
LAURA D. SMOLOWE (State Bar No. 263012)
laura.smolowe@mto.com
LAUREN E. KUHN (State Bar No. 343855)
Lauren.Kuhn@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

Attorneys for Defendant Twomagnets LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TINA ESTRADA, individually and on behalf of all others similarly situated,,<br><br>Plaintiff,<br><br>vs.<br><br>TWOMAGNETS INC,, D/B/A CLIPBOARD HEALTH,<br><br>Defendant. | Case No. 5:24-cv-00194-KK-SHK<br><br>**ORDER STAYING CASE PENDING ARBITRATION**<br>**[NOTE CHANGES BY COURT]**<br><br>Judge: Kenly Kiya Kato<br>Courtroom: 3<br>Complaint Filed: January 30, 2024<br>Trial Date: Not set |

## ORDER

Based on the parties' Joint Stipulation, and good cause appearing, the Court orders as follows:

1.   Plaintiff Tina Estrada and Defendant Twomagnets LLC, d/b/a Clipboard Health, are **ORDERED** to arbitration as to all of Plaintiff's claims.

2. The instant action is **STAYED** pending the outcome of arbitration pursuant to the Federal Arbitration Act, 9 U.S.C. § 3.

3. Plaintiff shall file a status report **no later than June 24, 2024, and every ninety days thereafter**, unless otherwise ordered by the Court. **Failure to timely file status reports may result in sanctions, including dismissal for failure to prosecute and/or comply with Court orders.**

**IT IS SO ORDERED.**

DATED: March 25, 2024

_____
HONORABLE KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE

Submitted by:

MUNGER, TOLLES & OLSON LLP

By      */s/ Laura D. Smolowe*
         LAURA D. SMOLOWE
   Attorneys for Defendant Twomagnets LLC