```
Carolyn Hunt Cottrell (SBN 166977)
SCHNEIDER WALLACE
COTTRELL KONECKY LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone:  (415) 421-7100
Facsimile:   (415) 421-7105
ccottrell@schneiderwallace.com
```

Attorneys for Plaintiff

```
KATHERINE M. FORSTER (State Bar No. 217609)
katherine.forster@mto.com
LAURA D. SMOLOWE (State Bar No. 263012)
laura.smolowe@mto.com
LAUREN E. KUHN (State Bar No. 343855)
Lauren.Kuhn@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702
```

Attorneys for Defendant Twomagnets LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TINA ESTRADA, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>   vs.<br><br>TWOMAGNETS INC, D/B/A CLIPBOARD HEALTH,<br><br>   Defendant. | Case No. 5:24-cv-00194-KK-SHK<br><br>**NOTICE OF SETTLEMENT**<br><br>Judge:  Kenly Kiya Kato<br>Courtroom: 3<br>Complaint Filed: January 30, 2024<br>Trial Date:            Not set |

Plaintiff Tina Estrada, and Defendant Twomagnets LLC, D/B/A Clipboard Health, (collectively referred to as "The Parties") hereby notify the Court that they have reached an individual settlement in the above-referenced matter.

The Parties are working together to finalize the individual settlement agreement. Given the nature of the individual settlement, they ask to vacate all deadlines and orders in this action, including Order dated June 25, 2024, requesting Plaintiff to submit her claims to arbitration by August 9, 2024.

Furthermore, the Parties request thirty (30) days to finalize their settlement agreement and dismissal documents.

DATED: August 9, 2024                SCHNEIDER WALLACE COTTERLL KONECKY LLP


By:      */s/ Carolyn H. Cottrell*
       CAROLYN HUNT COTTRELL
       Attorneys for Plaintiff

DATED: August 9, 2024                MUNGER, TOLLES & OLSON LLP


By:      */s/ Laura D. Smolowe*

       LAURA D. SMOLOWE
       Attorneys for Defendant Twomagnets LLC


### FILER'S ATTESTATION

Pursuant to Local Rule 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized the filing.