Carolyn Hunt Cottrell (SBN 166977)
SCHNEIDER WALLACE
COTTRELL KONECKY LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone:  (415) 421-7100
Facsimile:   (415) 421-7105
ccottrell@schneiderwallace.com

Attorneys for Plaintiff

KATHERINE M. FORSTER (State Bar No. 217609)
katherine.forster@mto.com
LAURA D. SMOLOWE (State Bar No. 263012)
laura.smolowe@mto.com
LAUREN E. KUHN (State Bar No. 343855)
Lauren.Kuhn@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

Attorneys for Defendant Twomagnets LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TINA ESTRADA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TWOMAGNETS INC, D/B/A CLIPBOARD HEALTH,<br><br>Defendant. | Case No. 5:24-cv-00194-KK-SHK<br><br>**STIPULATED NOTICE AND MOTION TO DISMISS WITH PREJUDICE**<br><br>Judge:  Kenly Kiya Kato<br>Courtroom: 3<br>Complaint Filed: January 30, 2024<br>Trial Date:           Not set |

STIPULATED ORDER OF DISMISSAL

Plaintiff Tina Estrada, and Defendant Twomagnets LLC, D/B/A Clipboard Health, (collectively referred to as "The Parties") hereby notify the Court that they have finalized the settlement agreement for this individual Fair Labor Standards Act ("FLSA") matter. The settlement represents a fair resolution of a bona fide FLSA dispute. The Court should thus dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See Corbett v. Pub. Employees' Ret. Sys.*, 716 F. Supp. 3d 1006, 1010 (D. Nev. 2024) ("As it stands today, the Court concludes that Rule 41(a)(1)(A) and FLSA's text do not require judicial approval of individual FLSA settlements, and in doing so, it joins the growing number of courts which hold the same.").

DATED: November 11, 2024　　　SCHNEIDER WALLACE COTTERLL KONECKY LLP

By: */s/ Carolyn H. Cottrell*
　　CAROLYN HUNT COTTRELL
　　Attorneys for Plaintiff

DATED: November 11, 2024　　　MUNGER, TOLLES & OLSON LLP

By:　　*/s/ Laura D. Smolowe*

　　LAURA D. SMOLOWE
　　Attorneys for Defendant Twomagnets LLC

-1-
STIPULATED ORDER OF DISMISSAL

## FILER'S ATTESTATION

Pursuant to Local Rule 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized the filing.