Carolyn Hunt Cottrell (SBN 166977)
SCHNEIDER WALLACE
COTTRELL KONECKY LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
ccottrell@schneiderwallace.com

Attorneys for Plaintiff

KATHERINE M. FORSTER (State Bar No. 217609)
katherine.forster@mto.com
LAURA D. SMOLOWE (State Bar No. 263012)
laura.smolowe@mto.com
LAUREN E. KUHN (State Bar No. 343855)
Lauren.Kuhn@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Defendant Twomagnets LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

TINA ESTRADA, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

TWOMAGNETS INC, D/B/A CLIPBOARD HEALTH,

Defendant.

Case No. 5:24-cv-00194-KK-SHK

**ORDER DISMISSING ACTION WITH PREJUDICE**

Judge: Kenly Kiya Kato
Courtroom: 3
Complaint Filed: January 30, 2024
Trial Date: Not set

**ORDER**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) this action is hereby **DISMISSED WITH PREJUDICE**, with each side to bear its own costs and fees, except as otherwise provided for in the settlement agreement.

Dated: November 13, 2024

Honorable Kenly Kiya Kato